UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. ATKINSON, | No. 2:20-cv-2086 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| WINDSOR EL CAMINO CARE CENTER and HEALTHCRE SERVICE GROUP, INC., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On October 21, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations, though he has filed several other documents. ECF Nos. 4, 5, 6, 7. None of plaintiff's filings affect the magistrate judge's recommendation.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2020, are adopted in full;

2. All claims against all defendants are DISMISSED with prejudice; and

3. The clerk of court is directed to close this case.

DATED: January 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2