

FILED

FEB 16 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Correspondence to whom this may concern:

I Maurice R Atkinson sent a notice to appeal case number 2:20cv02086 on February 1,2021 I am sending pictures and resending a notice to appeal to proof that I did in fact send a notice before 30 days of final judgment I am a pro Se litigant

I declare under penalty of perjury under the laws in the state of California that the forgoing is all true and Correct.

3 copies

Print: Maurice R. Atkinson
Date: 2/12/2021

Sign:

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District Court: Robert T. Matsui

U.S. District Court case number: 2:20-cv-02086-KJM-AC

Date case was first filed in U.S. District Court: 10/19/2020

Date of judgment or order you are appealing: 1/21/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes  ☐ No  ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff: (PRO SE) Maurice R. Atkinson

Is this a cross-appeal? ☐ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1580 Maple St.

City: San Mateo   State: CA   Zip Code: 94063

Prisoner Inmate or A Number (if applicable):

**Signature** Maurice R. Atkinson   **Date** 2/1/21

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

> Healthcare services Group, inc.

Name(s) of counsel (if any):

> Grace Thompson: Davis Wright Tremaine LLP

Address: 3220 Tillman Drive, Suite 300 Bensalem, PA 19020

Telephone number(s): 215-639-4274

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ☐ Yes  ☐ No

## **Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                     2                                    New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Windsor El Camino care center

Name(s) of counsel (if any):
Grace Thompson:Davis Wright Tremaine LLP

Address: 2540 Carmichael way, Carmicheal, CA 95608

Telephone number(s): 916-482-0465

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                                                 1                                                    New 12/01/2018



# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District Court: Robert T. Matsui

U.S. District Court case number: 2:20-cv-02086-KJM-AC

Date case was first filed in U.S. District Court: 10/19/2020

Date of judgment or order you are appealing: 1/21/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes  ○ No  ● IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff: (PRO SE) Maurice R. Atkinson

Is this a cross-appeal? ○ Yes  ● No

If Yes, what is the first appeal case number? [  ]

Was there a previous appeal in this case? ○ Yes  ● No

If Yes, what is the prior appeal case number? [  ]

Your mailing address:
1580 Maple St.

City: San Mateo   State: CA   Zip Code: 94063

Prisoner Inmate or A Number (if applicable): [  ]

Signature: Maurice R. Atkinson   Date: 2/1/21

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*