UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FEB 25 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| Maurice R. Atkinson<br><br>    Plaintiff,<br><br>v.<br><br>Windsor El Camino care center,<br><br>Healthcare services group INC.<br><br>    Defendant. | No. 2:2020cv02086-KJM<br><br>NOTICE OF ERRATA TO AMEND NOTICE TO APPEAL AND CROSS NOTICE TO APPEAL TO UNITED STATES SUPREME COURT OF APPEALS TO PETITION A WRIT OF CERTIORARI |

Notice to cross appeal to UNITED STATES SUPREME COURT.

To the judge of magistrate and clerk of whom this may concern. I Maurice R. Atkinson due to the notice to appeal case number 2:20cv02086- Kjm this is a notice about the appeal. The jurisdiction diction of this court is an error it's not a federal question due to the amount of controversy. I am notice only to cross appeal in the UNITED STATES SUPREME COURT. After judgment on 1/21/21 of the appellate court of the ninth circuit and the United States Eastern district court of dismissal with prejudice, this case ONLY TO BE REVIEWED BY THE U.S SUPREME COURT BY WRIT OF CERTIORARI. To reverse the judgment of the case herein breach of contract. I the Pro Se plaintiff Maurice R. Atkinson know that I can and have the right to appeal In the higher court and no judgment is to be permanently made by a lower court within the time to appeal, Not reviewed by the same court or the appellate court, the reason of notice appeal stop any motion without my consent. I only sent the notice so the judgment dismissal with prejudice is reversed and the judgment is corrected against the defendants Windsor El Camino care center and Healthcare services group inc. this case of breach of contract 2:20cv02086 is closed until appealed by the UNITED STATES SUPREME COURT.

I will not file a brief herein this court of the U.S EASTERN-DISTRICT COURT OF ROBER T. Matsui

Sincerely,

Date:2/22/21

Maurice R. Atkinson

Sign