

FILED

MAR - 1 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District Court: Robert T. Matsui

U.S. District Court case number: 2:20-cv-02086-KJM-AC

Date case was first filed in U.S. District Court: 10/19/2020

Date of judgment or order you are appealing: 1/21/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◯ Yes  ◯ No  ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff: (PRO SE) Maurice R. Atkinson

Is this a cross-appeal?  ◯ Yes  ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes  ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

1580 Maple St.

City: San Mateo   State: CA   Zip Code: 94063

Prisoner Inmate or A Number (if applicable):

**Signature** Maurice R. Atkinson       Date 2/1/21

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Windsor El Camino care center

Name(s) of counsel (if any):
Grace Thompson:Davis Wright Tremaine LLP

Address: 2540 Carmichael way, Carmicheal, CA 95608

Telephone number(s): 916-482-0465

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    1                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Healthcare services Group, inc.

Name(s) of counsel (if any):
Grace Thompson: Davis Wright Tremaine LLP

Address: 3220 Tillman Drive, Suite 300 Bensalem, PA 19020

Telephone number(s): 215-639-4274

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　*New 12/01/2018*