Case # 2:20cv02086 KJM-AC

CORRESPONDENCE TO THE UNITED STATES EASTERN DISTRICT COURT OF CALIFORNIA, ROBERT T. MATSUI COURTHOUSE
CLERK, AND JUDGE OF MAGISTRATE.

To whom this may concern:

On 3/4/2021 checked to see if my written amended notice to appeal has been filed that I sent and filed on 2/25/2021. I saw that it looks like the defendants have committed forgery and tampering with the notice to appeal by copying line #10 with my sworn statement making it look like I resent it and entering #15 on 3/1/2021 the last paper that I have sent in is line #14 written and signed by me I am still going to appeal this case with The United States supreme court.

The defendants Windsor El Camino care center and Healthcare services group did line #15 so the case does not get appealed in the Supreme Court and reversed judgment of dismissal with prejudice of 1/21/21 of Breach of contract on a consent judgment from both defendants. they have gave a consent for me to enter a judgment against them and they didn't think that nothing would happen and they would just file chapter and wipe it out. breaching an agreement on judgment on a in this civil case that has been agreed it should not matter if the complaint only states facts for breach of contract and civil harassment

I declare under penalty of perjury AND under the laws in the state of California that the forgoing is all true and Correct.

March 4, 2021
Maurice R.Atkinson
Sign: